# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 22-20657-CMB |
| Robert Michael Lytle and<br>Kimberly Anne Lytle,<br>Debtors | CHAPTER 13 |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**ROBERT:**

February 10, 2022

February 24, 2022

March 10, 2022

March 24, 2022

**KIMBERLY:**

February 17, 2022

March 3, 2022

March 17, 2022

March 31, 2022

**Next Payment Advice Expected (post-filing):**

**ROBERT:**

April 7, 2022

**KIMBERLY:**

April 14, 2022

K.D.    LYTLE, ROBERT & KIMBERLY

## Pay Summary: **2022 - 6 - 1**

| Standard Tool & Mach | Period Beginning Date 1/24/2022 | Pay Date 2/10/2022 | Co. YPJ | Clock | Home Dept 600 |
|---|---|---|---|---|---|
| Robert M Lytle 223 Division Avenue Ellwood City, PA 16117 | Period Ending Date 2/6/2022 | WGPS Advance Pay Date | File # 001042 | Number 00060027 | Worked In Dept 600 |

| Gross Pay | | | | $ 1,579.38 |
|---|---|---|---|---|
| Regular | Rate: 17.5000 | | Hours: 73.50 | $ 1,286.25 |
| Overtime | Rate: 26.2500 | | Hours: 8.50 | $ 223.13 |
| PTO (field 3) | Rate: 17.5000 | | Hours: 4.00 | $ 70.00 |

Basis of Pay: HOURLY

| Taxes | | $ 244.37 |
|---|---|---|
| Federal Income Tax | | $ 58.32 |
| Social Security | | $ 97.92 |
| Medicare | | $ 22.90 |
| State Worked In: Pennsylvania | Code: PA | $ 48.49 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 0.95 |
| Locality Worked In: ELLWOOD CITY BORO | Code: 110E | $ 15.79 |

| Deductions | $ 2.00 |
|---|---|
| O - LST Tax | $ 2.00 |

| Take Home | $ 1,333.01 |
|---|---|
| CHECKING | $ 1,333.01 |

## Pay Summary: **2022 - 8 - 1**

| | | | | | |
|---|---|---|---|---|---|
| Standard Tool & Mach | **Period Beginning Date** 2/7/2022 | **Pay Date** 2/24/2022 | **Co.** YPJ | **Clock** | **Home Dept** 600 |
| Robert M Lytle 223 Division Avenue Ellwood City, PA 16117 | **Period Ending Date** 2/20/2022 | **WGPS Advance Pay Date** | **File #** 001042 | **Number** 00080026 | **Worked In Dept** 600 |

| | | | | |
|---|---|---|---|---|
| **Gross Pay** | | | | **$ 1,688.75** |
| Regular | Rate: 17.5000 | | Hours: 80.00 | $ 1,400.00 |
| Overtime | Rate: 26.2500 | | Hours: 11.00 | $ 288.75 |
| Basis of Pay: HOURLY | | | | |

| | | |
|---|---|---|
| **Taxes** | | **$ 268.19** |
| Federal Income Tax | | $ 69.26 |
| Social Security | | $ 104.70 |
| Medicare | | $ 24.49 |
| State Worked In: Pennsylvania | Code: PA | $ 51.84 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 1.01 |
| Locality Worked In: ELLWOOD CITY BORO | Code: 110E | $ 16.89 |

| | |
|---|---|
| **Deductions** | **$ 2.00** |
| O - LST Tax | $ 2.00 |

| | |
|---|---|
| **Take Home** | **$ 1,418.56** |
| CHECKING | $ 1,418.56 |

## Pay Summary: **2022 - 10 - 1**

| | | | | | |
|---|---|---|---|---|---|
| Standard Tool & Mach | **Period Beginning Date** 2/21/2022 | **Pay Date** 3/10/2022 | **Co.** YPJ | **Clock** | **Home Dept** 600 |
| Robert M Lytle 223 Division Avenue Ellwood City, PA 16117 | **Period Ending Date** 3/6/2022 | **WGPS Advance Pay Date** | **File #** 001042 | **Number** 00100028 | **Worked In Dept** 600 |

| | |
|---|---:|
| **Gross Pay** | **$ 1,496.25** |
| Regular — Rate: 17.5000 — Hours: 72.50 | $ 1,268.75 |
| Overtime — Rate: 26.2500 — Hours: 6.00 | $ 157.50 |
| PTO (field 3) — Rate: 17.5000 — Hours: 4.00 | $ 70.00 |
| Basis of Pay: HOURLY | |
| **Taxes** | **$ 226.26** |
| Federal Income Tax | $ 50.01 |
| Social Security | $ 92.77 |
| Medicare | $ 21.69 |
| State Worked In: Pennsylvania — Code: PA | $ 45.93 |
| SUI/SDI: Pennsylvania (Taxing) — Code: 59 | $ 0.90 |
| Locality Worked In: ELLWOOD CITY BORO — Code: 110E | $ 14.96 |
| **Deductions** | **$ 2.00** |
| O - LST Tax | $ 2.00 |
| **Take Home** | **$ 1,267.99** |
| CHECKING | $ 1,267.99 |

## Pay Summary: **2022 - 12 - 1**

| | | | | | |
|---|---|---|---|---|---|
| Standard Tool & Mach | **Period Beginning Date** 3/7/2022 | **Pay Date** 3/24/2022 | **Co.** YPJ | **Clock** | **Home Dept** 600 |
| Robert M Lytle 223 Division Avenue Ellwood City, PA 16117 | **Period Ending Date** 3/20/2022 | **WGPS Advance Pay Date** | **File #** 001042 | **Number** 00120028 | **Worked In Dept** 600 |

| | |
|---|---:|
| **Gross Pay** | **$ 844.38** |
| Regular — Rate: 17.5000 — Hours: 40.00 | $ 700.00 |
| Overtime — Rate: 26.2500 — Hours: 5.50 | $ 144.38 |
| Basis of Pay: HOURLY | |
| **Taxes** | **$ 99.46** |
| Social Security | $ 52.35 |
| Medicare | $ 12.25 |
| State Worked In: Pennsylvania — Code: PA | $ 25.92 |
| SUI/SDI: Pennsylvania (Taxing) — Code: 59 | $ 0.50 |
| Locality Worked In: ELLWOOD CITY BORO — Code: 110E | $ 8.44 |
| **Deductions** | **$ 2.00** |
| O - LST Tax | $ 2.00 |
| **Take Home** | **$ 742.92** |
| CHECKING | $ 742.92 |

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 01/01/22 - 03/29/22)

age 2 of 3

0046 1400-8551 Jeremiah Bondra DMD PC

## HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS / WITHHOLDINGS

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | [redacted] | | 1420.32 | | [redacted] | [redacted] | [redacted] | 14.20 | 6.85 | [redacted] |
| [redacted] | Bonus | [redacted] | | [redacted] 50.00 | | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | 1.07 / 2.00 | [redacted] |
| [Y17] | Reg / Bonus | 72.23 | | 1733.52 / 50.00 | | 1783.52 | | 136.44 | 186.99 | 54.75 | 17.84 | 1.07 / 2.00 | 1384.43 |
| [redacted] | Bonus | [redacted] | | [redacted] | | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| [Y17] | [redacted] | [redacted] | | [redacted] | | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| This Period Total | Regular / Bonus | 435.58 | | 10453.92 / 200.00 | | 10653.92 | | S 660.54 / M 154.48 | 1154.81 | PA 327.07 | ZLNPL 106.54 | LZEL&ST 12.00 / PAUJ 6.39 | 8232.09 |
| | | 435.58 | | 10653.92 | | 10653.92 | | | | | | | |

---

Lytle, Kimberly A
Soc Sec#: xxx-xx-9467
223 Division Avenue
Elwood City, PA 16117

| ID | 2 |
|---|---|
| Sex: | Not Specified |
| Birthdate: | |
| Hire Date: | 10/13/2010 |
| Inactive Date: | |
| Rehire Date: | |

| Term Date: | |
|---|---|
| Pay Frequency: | Bi-weekly |
| Standard Hrs: | |
| Rate 1 / Salary: | 24.00/Hour |
| Last Raise Date: | 01/19/2021 |

| Withholding Method: | |
|---|---|
| Earnings: | |

**Deductions:**
Federal: Married but withhold at t
PA: 3.07%
PA Ellwood City BORO (Beave
PA Zellenople BORO/Seneca

**PERSONAL AND CHECK INFORMATION**
Kimberly A Lytle
223 Division Avenue
Ellwood City, PA  16117
Soc Sec #: xxx-xx-xxxx    Employee ID: 2

Pay Period: 02/04/22 to 02/17/22
Check Date: 03/03/22    Check #: 12447

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 316 | 1452.07 | 6730.05 |
| **NET PAY** | **1452.07** | **6730.05** |

**EARNINGS**

| DESCRIPTION | BASIS OF PAY | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| Regular | | 78.57 | 24.0000 | 1885.68 | 355.95 | 8542.80 |
| Bonus | | | | | | 150.00 |
| Total Hours | | 78.57 | | | 355.95 | |
| Gross Earnings | | | | 1885.68 | | 8692.80 |
| Total Hrs Worked | | 78.57 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 116.91 | 538.95 |
| Medicare | | 27.35 | 126.05 |
| Fed Income Tax | MWS 0 | 209.47 | 928.75 |
| PA Income Tax | | 57.89 | 266.86 |
| PA Unemploy | | 1.13 | 5.21 |
| PA LZELI-But LS | | 2.00 | 10.00 |
| PA ZLNPL-But In | | 18.86 | 86.93 |
| **TOTAL** | | **433.61** | **1962.75** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1452.07 | 6730.0 |

Payrolls by Paychex, Inc.

0046 1400-8551  Jeremiah Bondra DMD PC • 214 W Grandview Ave • Zelienople PA  16063 • (724) 452-7960

**PERSONAL AND CHECK INFORMATION**
Kimberly A Lytle
223 Division Avenue
Ellwood City, PA 16117
Soc Sec #: xxx-xx-xxxx    Employee ID: 2

Pay Period: 02/18/22 to 03/03/22
Check Date: 03/17/22    Check #: 12455

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 316 | 1502.04 | 8232.09 |
| **NET PAY** | **1502.04** | **8232.09** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 79.63 | 24.0000 | 1911.12 | 435.58 | 10453.92 |
| | Bonus | | | 50.00 | | 200.00 |
| | Total Hours | 79.63 | | | 435.58 | |
| | Gross Earnings | | | 1961.12 | | 10653.92 |
| | Total Hrs Worked | 79.63 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 121.59 | 660.54 |
| Medicare | | 28.43 | 154.48 |
| Fed Income Tax | MWS 0 | 226.06 | 1154.81 |
| PA Income Tax | | 60.21 | 327.07 |
| PA Unemploy | | 1.18 | 6.39 |
| PA LZELI-But LS | | 2.00 | 12.00 |
| PA ZLNPL-But In | | 19.61 | 106.54 |
| **TOTAL** | | **459.08** | **2421.83** |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 1502.04 | 8232.0 |

Payrolls by Paychex, Inc.

**0046 1400-8551** Jeremiah Bondra DMD PC • 214 W Grandview Ave • Zelienople PA 16063 • (724) 452-7960

JEREMIAH BONDRA DMD PC
214 W Grandview Ave
Zelienople PA 16063

1400-8551
EE ID: 2    DD

KIMBERLY A LYTLE
223 DIVISION AVENUE
ELLWOOD CITY PA 16117

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Kimberly A Lytle
223 Division Avenue
Ellwood City, PA 16117
Soc Sec #: xxx-xx-xxxx    Employee ID: 2

Pay Period: 03/04/22 to 03/17/22
Check Date: 03/31/22    Check #: 12463

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 316 | 1470.88 | 9702.97 |
| **NET PAY** | **1470.88** | **9702.97** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 77.67 | 24.0000 | 1864.08 | 513.25 | 12318.00 |
| | Bonus | | | 50.00 | | 250.00 |
| | Total Hours | 77.67 | | | 513.25 | |
| | Gross Earnings | | | 1914.08 | | 12568.00 |
| | Total Hrs Worked | 77.67 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 118.68 | 779.22 |
| Medicare | | 27.76 | 182.24 |
| Fed Income Tax | MWS 0 | 215.71 | 1370.52 |
| PA Income Tax | | 58.76 | 385.83 |
| PA Unemploy | | 1.15 | 7.54 |
| PA LZELI-But LST | | 2.00 | 14.00 |
| PA ZLNPL-But Inc | | 19.14 | 125.68 |
| **TOTAL** | | **443.20** | **2865.03** |

| | | THIS PERIOD ($) | YTD |
|---|---|---|---|
| **NET PAY** | | 1470.88 | 9702. |

Payrolls by Paychex, Inc.

0046 1400-8551  Jeremiah Bondra DMD PC • 214 W Grandview Ave • Zelienople PA 16063 • (724) 452-7960