# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 22-20657** |
| **Robert Michael Lytle** | **Chapter 13** |
| **Kimberly Anne Lytle** | **Judge Carlota M. Bohm** |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **JPMorgan Chase Bank, N.A.** | **Related Document #** |
| **Movant,** | |
| | |
| **No Respondent(s).** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/Stephen R. Franks

Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

22-014041_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-20657 |
| **Robert Michael Lytle** | : Chapter 13 |
| **Kimberly Anne Lytle** | : Judge Carlota M. Bohm |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **JPMorgan Chase Bank, N.A.** | : Related Document # |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 1, 2022.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Daniel P. Foster, Attorney for Robert Michael Lytle and Kimberly Anne Lytle, dan@mrdebtbuster.com

Service by First-Class Mail:
Robert Michael Lytle, Kimberly Anne Lytle, and Kimberly A Lytle, 223 Division Avenue, Ellwood City, PA  16117

EXECUTED ON: June 1, 2022

By: /s/Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

22-014041_PS