**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ROBERT MICHAEL LYTLE<br>KIMBERLY ANNE LYTLE<br>　　　　Debtor(s) | Case No.:22-20657 |
| Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 04/06/2022  and confirmed on 06/07/2022 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,600.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,595.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,999.11 | |
| 　Trustee Fee | 569.40 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,568.51 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　PNC BANK NA | 0.00 | 5,796.72 | 0.00 | 5,796.72 |
| 　　Acct: 6787 | | | | |
| 　PNC BANK NA | 644.55 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 6787 | | | | |
| 　JPMORGAN CHASE BANK NA | 0.00 | 5,229.77 | 0.00 | 5,229.77 |
| 　　Acct: 2701 | | | | |
| 　CITIZENS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3845 | | | | |
| 　JPMORGAN CHASE BANK NA | 593.14 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 2701 | | | | |
| | | | | 11,026.49 |
| **Priority** | | | | |
| 　DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　ROBERT MICHAEL LYTLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　ROBERT MICHAEL LYTLE | 5.00 | 5.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| 22-20657 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | DANIEL P FOSTER ESQ** | 4,000.00 | 3,999.11 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | PNC BANK NA | 39,201.84 | 0.00 | 0.00 | 0.00 |
| | Acct: 9607 | | | | |
| | AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0002 | | | | |
| | PNC BANK NA | 14,901.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 7722 | | | | |
| | PNC BANK NA | 9,802.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 1422 | | | | |
| | PNC BANK NA | 24,645.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 2733 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CH/ | 18,940.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 1564 | | | | |
| | CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6167 | | | | |
| | CITIBANK NA** | 4,348.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 7269 | | | | |
| | DISCOVER BANK(*) | 7,879.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 1226 | | | | |
| | SERVICE FINANCE COMPANY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6950 | | | | |
| | LVNV FUNDING LLC | 962.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 4923 | | | | |
| | LVNV FUNDING LLC | 217.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 2400 | | | | |
| | WELLS FARGO BANK NA | 1,163.94 | 0.00 | 0.00 | 0.00 |
| | Acct: 0245 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2400 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                11,026.49

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 1,237.69 |
| UNSECURED | 122.064.49 |

Date: 06/30/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com